Jesse Simpson 375033
DC Central Detention Facility
1901 D Street
Washington, DC 20003

US District Court for the Western District of PA
700 Grant Street #512
Pittsburgh, PA 15219

Case No. 19cv78/20cv24